AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOVON BOOKER (a/k/a "Playa Pat")<br><br>*Defendant* | ) ) ) ) ) ) | Case No.   3:25mj259/ZCB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JOVON BOOKER (a/k/a "Playa Pat"),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. 846 - Conspiracy to Distribute and Possess with Intent to Distribute More Than 100 Kilograms of Marijuana
   21 U.S.C. 841 - Possession with Intent to Distribute more than 100 Kilograms of Marijuana
   18 U.S.C. 1956(h) - Conspiracy to Commit Money Laundering

Date: 7/18/2025

*Issuing officer's signature*

City and state:   Pensacola, Florida

U.S. Magistrate Judge Zachary C. Bolitho
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/18/25, and the person was arrested on *(date)* 7/25/25
at *(city and state)* Pensacola, FL.

Date: 07/25/25

*Arresting officer's signature*

SA Jarrett Swearingen
*Printed name and title*

FILED USDC FLND PN
JUL 25 '25 PM 3:36 MB